Opinion issued September 11, 2003









In The

Court of Appeals

For The

First District of Texas

____________


NO. 01-03-00754-CV

____________


HARTFORD FIRE INSURANCE COMPANY, Appellant


V.


RAMEX CONSTRUCTION CO., INC., SOMAR ENTERPRISES, ROSBEL
RAMOS, FIDEL RAMOS, JR. AND ROBERTO RAMOS, Appellees






On Appeal from the 270th District Court

Harris County, Texas

Trial Court Cause No. 0039851






MEMORANDUM OPINION

 The appellant has filed an unopposed motion to dismiss its appeal. No opinion
has issued. Accordingly, the motion is granted, and the appeal is dismissed. Tex. R.
App. P. 42.1(a)(1).

 All other pending motions in this appeal are overruled as moot. The Clerk is
directed to issue mandate within 10 days of the date of this opinion. Tex. R. App. P.
18.1.

PER CURIAM

Panel consists of Chief Justice Radack and Justices Hedges, and Nuchia.